**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In re Weatherford International, LLC and Weatherford Services, Ltd.

Appellate case number:    01-21-00570-CV

Trial court case number:    2020-16388

Trial court:    11th District Court of Harris County

Relators, Weatherford International LLC and Weatherford Services Ltd., have filed a motion to stay the underlying trial proceedings pending our Court's decision on relators' petition for writ of mandamus challenging the denial of their motion to dismiss for forum non conveniens. Relators' motion to stay is GRANTED. All proceedings in the underlying case are ordered stayed until resolution of the mandamus petition or further order of this Court

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                              Acting individually

Date:    ___January 13, 2022_____